**EXHIBIT A**

Tawanna Y. Acquaah Harrison
4645 Tamarack Blvd Apt. 113
Columbus OH 43229
Plaintiff

D9305 - U38

09CVH 09 13895

9/15/2009

Schottenstein Property Group
PO Box 361020
Cols OH 43236
Defendant

Dear, FRANKLIN COUNTY CLERK OF COURTS

I Tawanna Y. Acquaah-Harrison submit this written complaint against SCHOTTENSTEIN PROPERTY GROUP.

I reside at 4645 Tamarack Blvd. Apt. 113. Columbus, Oh 43229. I have been a resident of Tamarack Arms apartments sense 2003 which my original apartment was 4645 Tamarack blvd. Apt. 112. Where me and my husband both resided. Our move in date was March 25, 2003. We were given a storage locker #112 and a master key to the locker door along with are apartment keys and all keys to every exit and entrance door. Me and my husband move to apartment 113 on November 1, 2006 but our lease would not be active until January 1, 2007 due to the apartment carpet and appliance were not ready.

After our move to the new apartment the on site manager changed and the new manager was Ms. Emily. There was a issue with a tenant being evicted from his apartment and he kept his master locker key and had been sleeping in the locker entrance of the first floor lockers. So the Management changed the locker keys to the locker. During the change no keys were given out to the new lock to all tenants that still had lockers and items stored there.

Schottenstein Property Group had changed on site managers several times to my location and every time you ask for access to the locker no one had keys or they would tell you they were looking into who had keys to enable tenants to get in there lockers, but none of the managers ever follow threw with there promises. I contacted the property manager that handle my site at the corporate office but never got a response and this was in 2008.

In the month of June 2009 there was a man I did not know who was managing the property I ask him could he get in the locker so I can have access to my locker I need to get some important papers from my storage unit and he said he would contact his manager and find out who has keys. By July he was no longer managing the property. The new property manager Diana was showing a apartment to future renters and I stop her in my hallway and ask her do she have a key to get in the storage locker at the end of the hall she said no but to come to her office later and she will check on who has keys. On September 4, 2009 I went to the on site office and ask Ms. Diana had she been able to get a key to the locker? "She said yes, but she could only let me in for one hour and then she had to lock it back". I told Ms. Diana I was ok with that and she walk down to the locker an open the door when she step aside I ask her who stuff is in my locker she said unit 112 was yours I said yes she said well I threw the things in this unit away because we did not know who's belongings they were. I explain to Ms. Diana she should have sent a letter to

D9305 - U39

all the residents in the building to ask who the belongs belonged to because no one had keys to get in the locker. Ms. Diana stated that the new tenant to apt.112 wanted that locker so she cleaned it out. I ask her who is going to pay for my items because she said they did not save anything. Ms. Diana gave me the corporate office number and P.O. Box address. When I dial the number the operator said there not allow to give out the name to the District Property Manager but I could send a letter in writing stating what happen which I did on 9/04/09. I called my on site managers office on 9/08/09 and a gentleman answered and said his name was Chris and he did not know of the issue with my things were thrown away by Ms. Diana but he did not want to commit to any agreements of what there going to do but he will call the headquarters and find out for me what they have decided and will call me back by 5:00 p.m. that day. I did not hear from Chris again. When I called to the office again that day a message operator came on the line and said she can take a message for me but Chris is not available. I told the operator I already left messages wrote letters and no one has called me back to tell me what is going on not even a call to say we will get back to you when we can. So I hung up the phone and two minutes later the operator called me back to say that Chris said there was not even a lock on the locker and they do not remove locks. I told the operator to tell Chris I will be filing a complaint with The Franklin County Clerks office about the items thrown away in my locker and I hung up the phone. I type a letter and sent it by certify mail to the District Property Manager of the items and value of the property individually. After sending the letter I called my on site managers office to see if they have received my letter and what they plan on doing about my property there is a new manager in the office and she said she has been the manager sense 9/10/09 her name is Lyndsay Ohm and she gave me a number to call. I called the number and spoke with Ms. Beverly and I ask did they receive my certify letter in the mail she said yes I said well can I speak to the District Property manager to find out what there going to do. She said no they will get back to me later. I ask well how long is later? She said they have received your letter and will get back to you when they finish deciding what there going to do. I told Ms. Beverly when our rent is going to be late we call and let the office know and pay the late fee and you mean to tell me after being in a tenant for over seven years I can not get a call back about my property not even a curtsey call form the District Manager saying he is working on the issue and he will get back to me when he can. I explain to Ms Beverly they have my list of items and I will be filing a law suit against Schottenstein Property Group because I do not trust them at this point to be fair or have integrity.

The items will be on the back page of this complaint letter. I am filing this complain of property disposal of my property in a storage unit of 112 which my apartment management prevented me form having access to when they changed the main door lock. An never notify me in person or in writing they were disposing of the items or when they would make the locker ever accessible.

Thank you.            Tawanna Y. Acquaah-Harrison

D9305 - U40

Here are a list of items that will need to be payed for.

Rice cooker $178
Crock pot    $69.00
Silver tea set $497.00
Silver ware   $280.00
Picture's with albums  $500.00
Beanie babies 50 count $1000
Christmas tree $299.00
Lights for tree $100.00
Ornaments     $100.00
Rug           $59.00
Clothing winter $500.00
File boxes and folders $200.00
Small space heater by holmes $49.99
Large space heater by holmes $69.99
2 dish sets $150.00
1 wine glass set $200.00
6 ebony African statu collection $1000
1 pulmonary breathing machine with mask, tubs ,and filter$1600
1 radio $150.00
Dell back up disc $600
1 American Passport to replace $350
Emigration files for my children in Ghana $1000
scrap book items $200
1 baby book of my granddaughter $200
tax papers for five years $200 this will have to be replace to put back in my files
Class year book and diploma 1989 $500
Ex-rays of my back 2005 $100

Ex-rays of my right knee 2005 $100
Medical records from Mount Carmel St. Ann's 2003 to 2006 $800
Medical Records from Riverside Hospital $200
Medical Records from Pulmonary Clinic $500
Medical Records from all four bwc claim with doctors d/results $1200

WCGedzm By Faith Production Company
Property - owner Tawanna Y. Acquaah-Harrison
$ 10,000